# COURTROOM MINUTES
# CRIMINAL

DATE: 2/4/2016    DAY: Thursday    START TIME: 1:35pm    END TIME: 1:37pm
JUDGE/MAG.: SLC    CLERK: JAT    REPORTER: FTR
PROBATION OFFICER: R. Plender    INTERPRETER: _____    SWORN: YES ☐ NO ☐
CASE NUMBER: 16-mj-07-slc-1    CASE NAME: USA v. Khongkha Khammanivong
PROCEEDING: Called for Probable Cause and Detention Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: David Reinhard    DEFENDANT ATTY.: Kelly Welsh

DEFENDANT PRESENT:    ☒ YES    ☐ NO    ☐ EXCUSED BY COURT

Waiver of a Preliminary Hearing signed.
Detention hearing will be reset.

TOTAL COURT TIME: 2 min.