# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Khongkha Khammanivong,<br><br>Defendant. | DOCKET NO.   MAGISTRATE JUDGE CASE NO.<br>16-mj-7<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>▆▆▆▆▆▆▆▆▆▆▆▆<br>Wausau, WI |

*Stamp: DOC NO / REC'D/FILED / 2016 FEB -5 AM 8:42 / PETER OPPENEER / CLERK US DIST COURT / WD OF WI*

**Warrant Issued on the Basis of:**

☐ Indictment   ☐ Order of Court   ☐ Information   ☒ Complaint

**TO:** Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Distribution of methamphetamine.

IN VIOLATION OF 21 U.S.C. Sections 841(a)(1).

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: *[signature]* Federal Judge/Magistrate Judge | Date Order: 1-28-16 |
|---|---|
| Clerk of Court:          (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 1/28/16 | Date Executed: 1/28/16 |
|---|---|
| Name and Title of Arresting Officer:<br>J. MICHAELIS  SDUSM | Signature of Arresting Officer:<br>*[signature]* |

FID # 9990998